# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-01381** |
| **Jason M. Leckrone** | : | **Chapter 13** |
| **Bethany J. Leckrone** | : | **Judge Henry W. Van Eck** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **August 28, 2018 at 09:30 a.m.** |
| | : | |
| **Jason M. Leckrone** | : | **Ronald Reagan Federal Building** |
| **Bethany J. Leckrone** | : | **228 Walnut Street Rm 320** |
| | : | **Harrisburg, PA, 17101** |
| **Charles J. DeHart III** | : | |
| **Respondents.** | | |

## CERTIFICATE OF NON-CONCURRENCE

I, Karina Velter, Esquire, attorney for U.S. Bank National Association, do hereby certify that I did seek concurrence of Debtor's attorney, Stephen Wade Parker, and the Chapter 13 Trustee, and that concurrence was not reached.

/s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com