IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jason M. Leckrone | ) | Chapter 13 |
| Bethany J. Leckrone | ) | Case No. 1:18-bk-01381-HWV |
| Debtors | ) | |
| U.S. Bank National Association | ) | |
| Movant | ) | |
| | ) | |
| Jason M. Leckrone and Bethany J. Leckrone, | ) | |
| Respondent | ) | |
| Charles DeHart, III, Trustee | ) | |

**DEBTORS' RESPONSE TO MOTION OF U.S. BANK NATIONAL ASSOCIATION MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

1. Movant, U.S. Bank National Association, filed its Motion for Relief from Stay on August 8, 2018.

2. Debtors acknowledges some mortgage payments are past due.

3. Debtors desires the opportunity to cure any post-petition mortgage arrears and keep their home.

4. Debtors requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, Jason M. Leckrone and Bethany J. Leckrone, prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed on August 8, 2018 by U.S. Bank National Association.

Dated: August 21, 2018                     Respectfully Submitted,

/s/Stephen Wade Parker
Stephen Wade Parker (315606)
Counsel for Debtors
Mooney & Associates
2 S. Hanover Street
Carlisle, PA 17013
Swp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax