```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                           Case No. 18-01381-HWV
Jason M. Leckrone                                                Chapter 13
Bethany J. Leckrone
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-1        User: CGambini            Page 1 of 1            Date Rcvd: Oct 09, 2019
                            Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
              +AMERICAN HYDRO CORPORATION,    135 STONEWOOD ROAD,    YORK, PA 17402-9356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates,
               Series 2009-1 bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    US Bank National Association amps@manleydeas.com
              Stephen Wade Parker    on behalf of Debtor 1 Jason M. Leckrone Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Bethany J. Leckrone Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jason M. Leckrone | : | CASE NO.: 1:18-01381 |
| Bethany J. Leckrone | : | CHAPTER 13 |
| DEBTORS | : | |

## ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage Attachment, it is hereby ORDERED that until further Order of this Court the entity from whom the Debtor, Jason M. Leckrone, receives income:

**AMERICAN HYDRO CORPORATION
135 STONEWOOD ROAD
YORK, PA 17402**

shall deduct from said income the sum of $2,720.00 from each monthly pay check, or $1,360.00 from each bi-monthly pay check, or $1,255.38 from each bi-weekly pay check, or $627.69 from each weekly pay check, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

**CHARLES J. DEHART III ESQUIRE
P.O. BOX 7005
LANCASTER, PA 17604**

**IT IS FURTHER ORDERED** that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the monthly wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

**IT IS FURTHER ORDERED** that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedures.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: October 9, 2019

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (JH)