IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JASON M. LECKRONE                CHAPTER 13
        BETHANY J. LECKRONE              CASE NO.: 1:18-bk-01381
                    DEBTORS

NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtors Jason M. Leckrone and Bethany J. Leckrone for the above referenced case.

                                         **By:** *Nicholas G.Platt*
                                         Nicholas G. Platt 327239
                                         MOONEY LAW
                                         230 York Street
                                         Hanover, PA 17331
                                         ngp@mooney4law.com
                                         (717) 632-4656 Phone
                                         (717) 632-3612 Fax

Dated: June 29, 2021