**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Jason M Leckrone
     Bethany J Leckrone

                       Case No.: 1-18-01381HWV

                       Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | US Bank |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 8862 |
| Property Address if applicable: | 441 Park Heights Blvd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $4,943.86 |
| f. | Postpetition arrearage paid by the trustee: | $4,943.86 |
| g. | Total b, d, and f: | $4,943.86 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: August 16, 2023

                                        Respectfully submitted,

                                        /s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Jason M Leckrone
    Bethany J Leckrone

Case No.: 1-18-01381HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 16, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
US Bank Home Mtg
4801 Frederica St
Owensboro KY 42301

Jason M Leckrone
Bethany J Leckrone
441 Park Heights Blvd
Hanover PA 17331

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 16, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-01381  JASON M. LECKRONE

**US BANK HOME MORTGAGE**
4801 FREDERICA STREET

OWENSBORO, KY  42301

**Acct No:** Park Heights Blvd - POST-ARR

ALL ARREARS PER STIP - PARK HEIGHTS BLVD

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

| | | | | |
|---|---|---|---|---|
| Amt Sched: $0.00 | Debt: $4,943.86 | Interest Paid: $0.00 | | |
| Amt Due: $0.00 | Paid: $4,943.86 | Accrued Int: $0.00 | | |
| | | Balance Due: $0.00 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **US BANK HOME MORTGAGE** | | | | | | | |
| 521-0 | US BANK HOME MORTGAGE | | 05/16/2023 | 2025341 | $168.89 | $0.00 | $168.89 | 05/22/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 04/18/2023 | 2024354 | $110.56 | $0.00 | $110.56 | 04/25/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 03/15/2023 | 2023305 | $77.21 | $0.00 | $77.21 | 03/21/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 02/15/2023 | 2022305 | $77.19 | $0.00 | $77.19 | 02/22/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 01/18/2023 | 2021304 | $202.69 | $0.00 | $202.69 | 01/25/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 12/13/2022 | 2020307 | $77.20 | $0.00 | $77.20 | 12/21/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 11/16/2022 | 2019345 | $84.70 | $0.00 | $84.70 | 12/09/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 10/18/2022 | 2018334 | $98.45 | $0.00 | $98.45 | 10/24/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 09/13/2022 | 2017252 | $98.46 | $0.00 | $98.46 | 09/19/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 08/17/2022 | 2016257 | $98.46 | $0.00 | $98.46 | 08/23/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 07/13/2022 | 2015179 | $283.41 | $0.00 | $283.41 | 07/19/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 05/17/2022 | 2013201 | $80.11 | $0.00 | $80.11 | 05/23/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 04/12/2022 | 2012092 | $80.10 | $0.00 | $80.10 | 04/19/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 03/16/2022 | 2011069 | $80.10 | $0.00 | $80.10 | 03/22/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | US BANK HOME MORTGAGE | | 02/16/2022 | 2010078 | $80.10 | $0.00 | $80.10 | 02/24/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 01/19/2022 | 2009122 | $203.31 | $0.00 | $203.31 | 01/26/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 12/15/2021 | 2008090 | $80.10 | $0.00 | $80.10 | 12/21/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 11/16/2021 | 2007080 | $79.13 | $0.00 | $79.13 | 11/22/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 10/14/2021 | 2006047 | $86.40 | $0.00 | $86.40 | 10/20/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 09/14/2021 | 2004985 | $86.42 | $0.00 | $86.42 | 09/20/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 08/18/2021 | 2004018 | $213.24 | $0.00 | $213.24 | 09/03/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 07/14/2021 | 2002919 | $86.41 | $0.00 | $86.41 | 07/20/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 06/16/2021 | 2001932 | $86.41 | $0.00 | $86.41 | 06/22/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 05/18/2021 | 2000951 | $78.32 | $0.00 | $78.32 | 05/25/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 04/15/2021 | 1229564 | $78.31 | $0.00 | $78.31 | 04/20/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 03/17/2021 | 1228550 | $78.32 | $0.00 | $78.32 | 03/23/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 02/17/2021 | 1227530 | $201.10 | $0.00 | $201.10 | 02/24/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 01/19/2021 | 1226496 | $78.31 | $0.00 | $78.31 | 01/25/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 12/10/2020 | 1224720 | $193.84 | $0.00 | $193.84 | 12/15/2020 |
| 521-0 | US BANK HOME MORTGAGE | | 10/15/2020 | 1222929 | $104.68 | $0.00 | $104.68 | 10/22/2020 |
| 521-0 | US BANK HOME MORTGAGE | | 09/17/2020 | 1221954 | $124.73 | $0.00 | $124.73 | 09/22/2020 |
| 521-0 | US BANK HOME MORTGAGE | | 08/12/2020 | 1220900 | $73.60 | $0.00 | $73.60 | 08/18/2020 |
| 521-0 | US BANK HOME MORTGAGE | | 07/07/2020 | 1219846 | $73.60 | $0.00 | $73.60 | 07/14/2020 |
| 521-0 | US BANK HOME MORTGAGE | | 06/02/2020 | 1218822 | $133.34 | $0.00 | $133.34 | 06/10/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 521-0 | US BANK HOME MORTGAGE | | 05/06/2020 | 1217827 | $104.68 | $0.00 | $104.68 | 05/13/2020 |
| 521-0 | US BANK HOME MORTGAGE | | 04/14/2020 | 1216879 | $227.19 | $0.00 | $227.19 | 04/21/2020 |
| 521-0 | US BANK HOME MORTGAGE | | 02/13/2020 | 1214302 | $113.60 | $0.00 | $113.60 | 02/19/2020 |
| 521-0 | US BANK HOME MORTGAGE | | 01/16/2020 | 1212967 | $104.56 | $0.00 | $104.56 | 01/28/2020 |
| 521-0 | US BANK HOME MORTGAGE | | 12/12/2019 | 1211608 | $115.77 | $0.00 | $115.77 | 12/18/2019 |
| 521-0 | US BANK HOME MORTGAGE | | 10/10/2019 | 1208987 | $104.75 | $0.00 | $104.75 | 10/16/2019 |
| 521-0 | US BANK HOME MORTGAGE | | 09/26/2019 | 1208017 | $152.86 | $0.00 | $152.86 | 10/01/2019 |
| 521-0 | US BANK HOME MORTGAGE | | 08/07/2019 | 1206492 | $89.98 | $0.00 | $89.98 | 08/14/2019 |
| 521-0 | US BANK HOME MORTGAGE | | 07/11/2019 | 1205160 | $93.27 | $0.00 | $93.27 | 07/16/2019 |
| | | | | Sub-totals: | $4,943.86 | $0.00 | $4,943.86 | |
| | | | | Grand Total: | $4,943.86 | $0.00 | | |