United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jason M. Leckrone  
Bethany J. Leckrone  
    Debtors

Case No. 18-01381-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 14, 2023      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Leckrone, Bethany J. Leckrone, 441 Park Heights Blvd., Hanover, PA 17331-9241 |
| cr | + | U.S. Bank National Association, 2800 Tamarack Road, Owensboro, KY 42301-6566 |
| 5044243 | | Branch Bank & Trust, Credit Disputes, Wilson, NC 27894 |
| 5044245 | + | Commercial Acceptanc, 2 W. Main St, Shiremanstown, PA 17011-6326 |
| 5044248 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management 2nd Floor/Attn, Williamsville, NY 14221 |
| 5054646 | + | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tammarack Road, Owensboro, Kentucky 42301-6566 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Aug 14 2023 18:44:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Aug 14 2023 18:44:00 | US Bank National Association, 14841 Dallas Parkway, Ste 425, Dallas, TX 75254-8067 |
| 5044242 | + | Email/Text: bncnotifications@pheaa.org | Aug 14 2023 18:44:00 | Aes/ Bony Us, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5047188 | | Email/Text: bankruptcy@bbandt.com | Aug 14 2023 18:44:00 | BB&T, PO Box 1847, Wilson, NC 27894-1847, Mailcode 100-50-01-51 |
| 5056960 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2023 18:56:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5046319 | | EDI: DISCOVER.COM | Aug 14 2023 22:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5044246 | + | EDI: DISCOVER.COM | Aug 14 2023 22:37:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5149643 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 14 2023 18:44:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5149644 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 14 2023 18:44:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5044244 | | EDI: JPMORGANCHASE | Aug 14 2023 22:37:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 5044247 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 14 2023 18:44:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5070730 | + | Email/Text: camanagement@mtb.com | Aug 14 2023 18:44:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 5044249 | | Email/Text: amps@manleydeas.com | Aug 14 2023 18:44:00 | Manley Deas Kochalski LLC, Meredith H. Wooters, Esquire, PO Box 165028, Columbus, OH 43216-5028 |
| 5044250 | + | Email/Text: Bankruptcies@nragroup.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 14 2023 18:44:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5044252 | + | Email/Text: bncnotifications@pheaa.org | Aug 14 2023 18:44:00 | P H E A A/HCB, Attn: Bankruptcy, 1200 N 7th St 3rd Floor, Harrisburg, PA 17102-1444 |
| 5046973 | + | Email/Text: bncnotifications@pheaa.org | Aug 14 2023 18:44:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 5044253 | | EDI: PRA.COM | Aug 14 2023 22:37:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 5065070 | | EDI: PRA.COM | Aug 14 2023 22:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5073285 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 14 2023 18:44:00 | U.S. Bank National Association &c., c/o Nationstar Mortgage d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5044254 | | EDI: USBANKARS.COM | Aug 14 2023 22:37:00 | Us Bank, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5159418 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5159419 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5044251 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 16, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor US Bank National Association amps@manleydeas.com |
| ECMC | djwilcoxson@ecmc.org |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | |

|  |  |
|---|---|
|  | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 bkgroup@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 2 Bethany J. Leckrone ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Jason M. Leckrone ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jason M. Leckrone<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–5877<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Bethany J. Leckrone<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–8196<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–01381–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason M. Leckrone                    Bethany J. Leckrone

8/14/23

**By the court:**   *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**