In re:                                                              Case No. 18-01381-HWV

Jason M. Leckrone                                          Chapter 13

Bethany J. Leckrone

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                 Page 1 of 2

Date Rcvd: Oct 17, 2023                         Form ID: fnldec                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Leckrone, Bethany J. Leckrone, 441 Park Heights Blvd., Hanover, PA 17331-9241 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023                            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor US Bank National Association amps@manleydeas.com |
| ECMC | djwilcoxson@ecmc.org |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 bkgroup@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 2 Bethany J. Leckrone ngp@mooney4law.com plattnr61895@notify.bestcase.com |

Nicholas G. Platt
      on behalf of Debtor 1 Jason M. Leckrone ngp@mooney4law.com plattnr61895@notify.bestcase.com

United States Trustee
      ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Jason M. Leckrone, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:18−bk−01381−HWV |
| Bethany J. Leckrone, | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−5877    xxx−xx−8196

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 17, 2023

**fnldec** (01/22)